(September 14, 1995)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUSSELL J. CARBONE, on Behalf of JOHN OSORIO, Petitioner, v WARDEN OF QUEENS HOUSE OF DETENTION, Respondent. [631 NYS2d 528] —Writ of habeas corpus in the nature of an application to reduce bail upon Queens County Indictment No. 3849/95.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail on Queens County Indictment No. 3849/95 to the sum of $20,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative. Thompson, J. P., Copertino, Hart and Goldstein, JJ., concur.